PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Deron Lamar Porter</u>   Case Number: <u>3:09-00014-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J.Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>October 9, 2009</u>

Original Offense: <u>18 U.S.C. § 922 (g)(1), Felon in Possession of a Firearm</u>

Original Sentence: <u>66 months' custody; 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>February 1, 2013</u>

Assistant U.S. Attorney: <u>to be determined</u>   Defense Attorney: <u>David Baker</u>

---

The Court Orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 27 day of March, 2013,
and made a part of the records in the above case.

Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

W. Burton Putman
Supervisory U.S. Probation Officer

Place   Nashville, Tennessee

Date   March 26, 2013

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

**1.**     **The defendant shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

On March 23, 2013, Sr. U.S. Probation Officer Paul Montgomery discovered that the offender was involved in a romantic relationship with female offender and federal supervisee, Mallary Renee Waldon. Mr. Montgomery is also Ms. Waldon's federal probation officer. Mr. Montgomery immediately advised the offender to end his relationship with Ms. Waldon whom he met and started dating while both were in residence at the contract Residential Reentry Center (RRC). Mr. Montgomery instructed the offender to tell Ms. Waldon the same thing; that she and the defendant were to end their relationship immediately. Both were also instructed to report to the U.S. Probation Office in Nashville, Tennessee, on Monday, March 25, 2013, to meet with Mr. Montgomery's supervisor, Burton Putman.

The offender, Ms. Waldon, and Ms. Waldon's mother, Teresa Boone, reported to the U.S. Probation Office in Nashville on March 25, 2013, and met with Mr. Putman as well as Supervising U.S. Probation Officer Vidette Putman. The couple presented a Marriage Certificate and advised they were married in Smyrna, Rutherford County, Tennessee, earlier on March 25, 2013, prior to their reporting to the U.S. Probation Office. They disclosed that they met in September 2013, at the RRC, began dating in late October 2013, fell in love, and planned to meet with Mr. Montgomery on April 1, 2013, and disclose their relationship. Teresa Boone expressed that both she and her husband are supportive of the couple's relationship and have offered them a place to stay until they can get their own home.

The three were advised that offender relationships such as their's rarely work and that their marriage would have been strongly discouraged if our office had had prior knowledge of their plans. They were advised that the Court would be informed of their blatant disregard for their release conditions as well as Mr. Montgomery's strict instruction to end the relationship. Ms. Waldon was originally sentenced for Bank Robbery and the Court in that district will be informed separately.

**Compliance with Supervision Conditions and Prior Interventions:**

Deron Lamar Porter began his 3-year term of supervised release on February 1, 2013. To this point, he has been living with his daughter and her maternal great grandmother in Smyrna, Tennessee. He initially worked for a landscaping company, but most recently has worked for Labor Ready. The offender has been drug tested three times since his release from federal custody. Each test was negative for illegal drug use. Sr. U.S. Probation Officer Paul Montgomery has completed the initial home inspection at the residence

where the offender had been living with his 16-year old daughter and her great grandmother.

The offender was informed on March 25, 2013, that he would be required to participate in outpatient counseling at Centerstone. Our office believes that the offender's marriage to Ms. Waldon places him at high risk for substance abuse relapse. Additionally, Ms. Waldon suffers from long term mental health issues. Mr. Porter will need supportive counseling to assist him in learning appropriate coping skills in dealing with his new wife's mental health. Finally, as expressed to both the offender and Ms. Waldon on March 25, 2013, the couple's decision to marry despite Mr. Montgomery's directive, is characteristic of criminal thinking patterns. Continued attempts to manipulate around the conditions of supervision will increase the risk of recidivism for both the offender and Ms. Waldon.

**U.S. Probation Officer Recommendation:**

It is recommended that the defendant be continued on supervised release with no further action taken at this time. The probation office will closely monitor Mr. Porter and Ms. Waldon. If the Court disagrees and would like for the offender to appear for a hearing regarding this matter, please indicate same on page one of this petition.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Submitted by:

W. Burton Putman
Supervisory U.S. Probation Officer


Approved by:

James P. Perdue
Deputy Chief U.S. Probation Officer