PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee
## Report on Offender Under Supervision

Name of Offender: <u>Deron Lamar Porter</u>   Case Number: <u>3:09-00014</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>July 2, 2007</u>

Original Offense: <u>Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1).</u>

Original Sentence: <u>66 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>February 1, 2013</u>

Assistant U.S. Attorney: <u>Jimmie Lynn Ramsaur</u>   Defense Attorney: <u>David Baker</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this __2__ day of
__May__, 2014, and made a part of the records in the above case.

_____
Honorable Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Vidette A. Putman
Supervisory U.S. Probation Officer

Place: Nashville, Tennessee

Date: April 30, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **The defendant shall refrain from any unlawful use of a controlled substance:**

On April 17, 2014, and on April 23, 2014, Mr. Porter tested positive for cocaine use. When questioned about both urine samples, the defendant admitted he used cocaine on both occasions.

**2.** **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer:**

On April 17, 2014, during a home visit, the defendant was directed to report to the probation office on April 22, 2014, as a result of the positive screen collected that date. The defendant failed to report to the probation office and stated he did not have a ride. The undersigned officer advised Mr. Porter that he needed to report to the probation office as soon as possible, and he reported the following day on April 23, 2014.

### Compliance with Supervision Conditions and Prior Interventions:

Deron Porter is a resident of Rutherford County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since . Mr. Porter resides with his wife, Mallory Waldon. Ms. Waldon is also on federal supervision in this district. The defendant and his wife have a newborn son who was born on April 21, 2014.

On March 26, 2013, a 12A petition was submitted to the Court advising the defendant had associated with a person convicted of a felony. It was discovered that Mr. Porter and Ms. Waldon were involved in a romantic relationship. They were initially instructed to end their relationship; however, the couple subsequently married and reported to the probation office with their marriage certificate. The petition requested no action at that time and the Court concurred.

Mr. Porter is currently employed as a press operator for Securus, Inc., doing business as Holdrite. He earns $12 per hour. Mr. Porter has been referred for substance abuse treatment and was placed in Phase 1 of the Code-a-Phone program for drug testing at the U.S. Probation Office in Nashville, Tennessee. This program will require Mr. Porter to be randomly tested once a week. Mr. Porter related he used cocaine because he was stressed. He noted that he was experiencing marital problems and was going to participate in marital counseling through his employer.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no action be taken by the Court, so that Mr. Porter can participate in substance abuse treatment. It is recommended Mr. Porter continue on supervised release. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with the recommendation.

Approved: _____
Jim Perdue
Deputy Chief U.S. Probation Officer